RECEIVED

MAR 3 1 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKY SMITH | MISC. CASE NO. 17-mc-50 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICALS AMERICA, INC, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Vicky Smith, as Personal Representative and Derivative Claimant of the Estate of Douglas Smith, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 31st day of March, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE